**Gene M. DUNCAN, Petitioner–Appellant,**

v.

**Geraldine MIRO, Warden; Charles M. Condon, South Carolina Attorney General, Respondents–Appellees.**

No. 02–6664.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2002.

Decided Oct. 23, 2002.

Gene M. Duncan, Appellant Pro Se. Tracey Colton Green, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Gene M. Duncan appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Duncan v. Miro,* No. CA–01–2410–2–23 (D.S.C. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*